**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02019-LTB-PAC

LASER TECHNOLOGY, INC., a Delaware corporation,
        Plaintiff,

v.

LASER ATLANTA, LLC, a Georgia limited-liability corporation,
        Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Amend Complaint (Doc 2 - filed October 17, 2005) is GRANTED. The tendered First Amended Complaint for Patent Infringement Including Demand for Jury Trial is accepted for filing.

Dated:  October 18, 2005
___