**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02019-LTB-PAC

LASER TECHNOLOGY, INC., a Delaware corporation,

	Plaintiff,

v.

LASER ATLANTA, LLC, a Georgia limited-liability corporation,

	Defendant.

_____

**ORDER**
_____

	THIS MATTER having come before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc 5 - filed February 9, 2006), and the Court being fully advised in the premises, it is therefore

	ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE.**

						BY THE COURT:


						  s/Lewis T. Babcock
						Lewis T. Babcock, Chief Judge

DATED:  February 10, 2006